ACCEPTED
03-14-00492-CV
4095919
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 3:40:35 PM
JEFFREY D. KYLE
CLERK

# DOUGLAS R. LITTLE

### ATTORNEY AT LAW
THE LYRIC CENTRE, SUITE 900
440 LOUISIANA STREET
HOUSTON, TEXAS 77002

713.275.2069

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 3:40:35 PM
JEFFREY D. KYLE
Clerk

February 10, 2015

*VIA eFILETEX.GOV*

Jeffrey D. Kyle
Clerk, Third Court of Appeals
Post Office Box 12547
Austin, Texas 78711-2547

     Re:   *Brown v. Hegar (Combs) and Paxton (Abbott);* No. 03-14-00492-CV

Dear Mr. Kyle:

     As requested by the Court's letter of February 6, 2015, this is Appellant W. Robert Brown's statement of his intention that his counsel will argue this case before the Court at 1:30 p.m. on March 11, 2015, in accordance with the instructions contained in the letter.

     Thank you for your attention.

               Very truly yours,

               Douglas R. Little

DRL/bms

Enclosures

cc:  Mr. Charles K. Eldred
     *w/o enclosures*